UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOSUTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC 2 8 2006

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| JAMES T. LEGG,<br>Plaintiff | § <br> § <br> § | |
| V. | § <br> § | CIVIL ACTION NO.  H-3583 |
| CONOCO PHILLIPS,<br>POLAR TANKERS, INC.,<br>Defendant | § <br> § <br> § | **JURY DEMAND** |

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to the Order of the Court, James T. Legg, Plaintiff, file the following Certificate of Interested Parties, listing upon information and belief, all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation, as follows:

1.    James T. Legg

2.    Conoco Phillips, Polar Tankers, Inc.

Respectfully submitted,

Reginald E. McKamie, Sr.
**Law Office of**
**Reginald E. McKamie, Sr., P. C.**
TBN:  13686750
F.I.D. 8303
1210 Antoine Drive
Houston, Texas 77055
Telephone:    (713) 465-2889
Telecopier:    (713) 465-2894
**ATTORNEY FOR PLAINTIFF**
**JAMES T. LEGG**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been furnished to the following by CMRRR, on this 27th day of December, 2006.

Ms. Catherine Newman
Conoco Phillips
600 N. Dairy Ashford, Rm ML2082
Houston, Texas 77079
Attorney for Defendant

United States Corporation Company
701 Brazos Street, Suite 1050
Austin, Texas 78701
Registered Agent for Conoco Phillips

Reginald E. McKamie, Sr.