IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES T. LEGG, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:06-CV-03583 |
| § | |
| CONOCOPHILLIPS, § | |
| POLAR TANKERS, INC., § | |
| § | |
| Defendants. § | |

**<u>PLAINTIFF'S NOTICE OF STIPULATED DISMISSAL OF CLAIMS WITH PREJUDICE</u>**

Plaintiff James T. Legg hereby stipulates to dismissal of this action *with prejudice* pursuant to Rule 41(a)(1)(i), Fed. R. Civ. P. This case is properly dismissed *with prejudice* by Plaintiff's notice of such stipulated dismissal under Rule 41(a)(1)(i) because no adverse party has answered or filed a motion for summary judgment.

Respectfully submitted,

LAW OFFICE OF REGINALD E. McKAMIE

By: /s/ Reginald E. McKamie

Reginald E. McKamie
State Bar No. 13686750
Federal I.D. 8303
1210 Antoine Drive, Suite 100
Houston, Texas 77055
Telephone: (713) 465-2889
Facsimile: (713) 465-2894

ATTORNEYS FOR JAMES T. LEGG